# United States Bankruptcy Court
# Northern District of Alabama
# Southern Division

In re: Lawanda M Freeman ) Chapter 13 Case Number:
SS# XXX-XX-1659 ) 22-00619–DSC13
    Debtor )

## OBJECTION TO CLAIM

| Claim No. | Claimant | Amount | Specific Basis For Objection |
|---|---|---|---|
| 2 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | $203.77 | This claim is barred by Statute of Limitations Sec. 6-2-37 Code of Alabama – on an open or unliquidated account. |

WHEREFORE, debtor requests that after notice and hearing said claim be disallowed and reduced to zero.

/S/Michael J Antonio, Jr.
Michael J Antonio, Jr.
Attorney-at-Law
1004 – 50th Street, North
Birmingham, Alabama 35212
Phone: (205) 323 – 0011

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing motion upon all parties of interest and the Chapter 13 trustee by electronic or first class US mail postage prepaid and properly addressed on this the 27TH day of June, 2022.

/S/MICHAEL J ANTONIO, JR.
OF COUNSEL

```
Label Matrix for local noticing          Healthcare Authority for Medical West     U. S. Bankruptcy Court
1126-2                                   Comer & Upshaw, LLP                       Robert S. Vance Federal Building
Case 22-00619-DSC13                      5184 Caldwell Mill Road                   1800 5th Avenue North
NORTHERN DISTRICT OF ALABAMA             Ste. 204 #287                             Birmingham, AL 35203-2111
Birmingham                               Birmingham, AL 35244-1913
Mon Jun 27 13:03:13 CDT 2022

AcceptanceNOW                            Affirm, Inc.                              Ashley Funding Services, LLC
Attn: Bankruptcy                         Attn: Bankruptcy                          Resurgent Capital Services
5501 Headquarters Drive                  30 Isabella St, Floor 4                   PO Box 10587
Plano, TX 75024-5837                     Pittsburgh, PA 15212-5862                 Greenville, SC 29603-0587


Bank of Mo/fa                            Bk Of Mo/tv                               Comenity Bank/Overstock
Attn: Bankruptcy                         attn: Bankruptcy                          Attn: Bankruptcy
PO Box 85710                             PO Box 85710                              Po Box 182125
Sioux Falls, SD 57118-5710               Sioux Falls, SD 57118-5710                Columbus, OH 43218-2125


Comenity Bank/Victoria Secret            Conn Appliances, Inc.                     Conn's HomePlus
Attn: Bankruptcy                         c/o Becket and Lee LLP                    2445 Technology Forest Boulevard
Po Box 182125                            PO Box 3002                               Building 4, Suite 800
Columbus, OH 43218-2125                  Malvern PA 19355-0702                     The Woodlands, TX 77381-5263


(p)CONTINENTAL FINANCE COMPANY           Credit One Bank                           Fair Square Financial LLC
PO BOX 3220                              Attn: Bankruptcy Department               Resurgent Capital Services
BUFFALO NY 14240-3220                    Po Box 98873                              PO Box 10368
                                         Las Vegas, NV 89193-8873                  Greenville, SC 29603-0368


Fingerhut                                First Premier Bank                        Flagstar Bank
Attn: Bankruptcy                         Attn: Bankruptcy                          5151 Corporate Drive
6250 Ridgewood Road                      Po Box 5524                               Troy, MI 48098-2639
Saint Cloud, MN 56303-0820               Sioux Falls, SD 57117-5524


Flagstar Bank                            Fortiva                                   Genesis Credit/Celtic Bank
PO Box 660263                            Attn: Bankruptcy                          Attn: Bankruptcy
Dallas, TX 75266-0263                    Po Box 105555                             Po Box 4477
                                         Atlanta, GA 30348-5555                    Beaverton, OR 97076-4401


Genesis FS Card                          Genesis FS Card Services                  Genesis FS Card/Kay Jewelers
Attn: Bankruptcy                         Attn: Bankruptcy                          Attn: Bankruptcy
Po Box 4477                              Po Box 4477                               P.O. Box 4477
Beaverton, OR 97076-4401                 Beaverton, OR 97076-4401                  Beaverton, OR 97076-4401


LVNV Funding, LLC                        LVNV Funding, LLC c/o Resurgent Capital Serv   (p)DSNB MACY S
Resurgent Capital Services               PO Box 10587                              CITIBANK
PO Box 10587                             Greenville, SC 29603-0587                 1000 TECHNOLOGY DRIVE MS 777
Greenville, SC 29603-0587                                                          O FALLON MO 63368-2222


Medical West                             Midland Credit Management, Inc.           (p)MISSION LANE LLC
% Comer & Upshaw, LLP                    PO Box 2037                               PO BOX 105286
5184 Caldwell Mill Road                  Warren, MI 48090-2037                     ATLANTA GA 30348-5286
Suite 204 #287
Birmingham, AL 35244-1913
```

| | | |
|---|---|---|
| Ollo Card Services<br>Attn: Bankruptcy<br>Po Box 9222<br>Old Bethpage, NY 11804-9222 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Premier Bankcard, LLC<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud MN 56302-7999 |
| Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Quantum3 Group LLC as agent for<br>Genesis FS Card Services Inc<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Quantum3 Group LLC as agent for<br>Katapult Group LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Syncb/Rooms To Go<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Syncb/google<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Syncb/zulily<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | Synchrony Bank/Amazon<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/JCPenney<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Lowes<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Sams<br>Attn: Bnakruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony/Ashley Furniture Homestore<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony/HSN<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | TD Bank USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| THE BANK OF MISSOURI<br>2700 S LORRAINE PL<br>SIOUX FALLS, SD 57106-3657 | (p)TMX FINANCE LLC FORMERLY TITLEMAX<br>15 BULL STREET<br>SUITE 200<br>SAVANNAH GA 31401-2686 | Total Visa/The Bank of Missouri<br>Attn: Bankruptcy<br>Po Box 85710<br>Sioux Falls, SD 57118-5710 |
| (p)UPLIFT INC<br>5190 NEIL ROAD SUITE 210<br>RENO NV 89502-6509 | (p)CHAPTER 13 STANDING TRUSTEE<br>ATTN BRADFORD W CARAWAY<br>PO BOX 10848<br>BIRMINGHAM AL 35202-0848 | Lawanda M Freeman<br>4475 Flagstone Lane<br>Pinson, AL 35126-3700 |
| Michael J Antonio Jr<br>Greystone Legal Clinic<br>2516 - 11th Avenue North<br>Birmingham, AL 35234-3108 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Continental Finance Company
Attn: Bankruptcy
Po Box 3220
Buffalo, NY 14240

(d)Continental Finance Company
Attn: Bankruptcy
Po Box 8099
Newark, DE 19714

Macys/fdsb
Attn: Bankruptcy
9111 Duke Boulevard
Mason, OH 45040

Mission Lane LLC
Attn: Bankruptcy
P.O. Box 105286
Atlanta, GA 30348

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

Title Max
2380 Center Point Parkway
Birmingham, AL 35215

Uplift, Inc.
Attn: Bankruptcy
801 El Camino Real
Menlo Park, CA 94025

Bradford W. Caraway
Chapter 13 Standing Trustee
P O Box 10848
Birmingham, AL 35202-0848

End of Label Matrix
Mailable recipients    54
Bypassed recipients     0
Total                  54