# United States Bankruptcy Court
# Northern District of Alabama
# Southern Division

| | | |
|---|---|---|
| In re: Lawanda M Freeman | ) | Chapter 13 Case Number: |
| SS# XXX-XX-1659 | ) | 22-00619-DSC |
| Debtor | ) | |

===============================================================

## INTERROGATORIES

COMES NOW, the Debtor by and through the attorney of record, and files these interrogatories pursuant to the provisions of Rule 7033 of the *Federal Rules of Bankruptcy Procedure,* propounds the following interrogatories to the alleged Creditor, LVNV Funding, LLC for purpose of discovery or for use as evidence in this cause, or for both purposes.

1.) Who owns LVNV Funding, LLC?
2.) Who owns Resurgent Capital Services?
3.) Does any of LVNV Funding, LLC employees also work for Resurgent Capital Services? If so, name each and list positions held.
4.) What does Resurgent Capital Services do for LVNV Funding, LLC?
5.) Has Claim any of the objected to Claims (ie. Claim numbers 11, 12, 13, 14, 15, 16, 18, 20 and 21) been acquired from someone else? If so, for each such claim then list:
   a.) Number of Claim?
   b.) From whom acquired?
   c.) When it was acquired?
   d.) How it was transferred or assigned?
   e.) Why it was not attached to the claim?

/s/ **Michael J. Antonio, Jr.**
Michael J Antonio, Jr.
Attorney for Debtor

GREYSTONE LEGAL CLINIC
1004 - 50TH Street North
Birmingham, Alabama 35212
Telephone (205)591-7966

## CERTIFIATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the following by electronic filing through the CM/ECF system or first class US mail postage prepaid and properly addressed on this the 28th day of June, 2022.

LVNV Funding, LLC
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

LVNV Funding, LLC
its President or CEO
6801 S Cimarron Road STE 424-3
Las Vegas, NV 89113

LVNV Funding, LLC
55 Beattie Place Ste 110
Greenville, SC 29601

LVNV Funding, LLC
c/o Corporation Service Company Inc
641 South Lawrence Street
Montgomery, AL 36104

/s/ **Michael J. Antonio, Jr.**
Of Counsel