# United States Bankruptcy Court
# Northern District of Alabama
# Southern Division

In re: Lawanda M Freeman ) Chapter 13 Case Number:
SS# XXX-XX-1659 ) 22-00619-DSC
Debtor )

## REQUEST FOR PRODUCTION

COMES NOW, the Debtor by and through the attorney of record, and files this request for production pursuant to the provisions of Rule 7034 of the *Federal Rules of Bankruptcy Procedure,* propounds the following Request for Production to the alleged Creditor, LVNV Funding, LLC for purpose of discovery or for use as evidence in this cause, or for both purposes.

1.) Produce copies of all transfers or assignments on claims acquired by LVNV Funding, LLC for each claim filed in this matter.

2.) Produce all documents that might be introduced in evidence in this matter.

/s/ Michael J Antonio, Jr.
Michael J Antonio, Jr.
Attorney for Debtor

GREYSTONE LEGAL CLINIC
1004 - 50TH Street North
Birmingham, Alabama 35212
Telephone (205)591-7966

## CERTIFIATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the following by electronic filing through the CM/ECF system or first class US mail postage prepaid and properly addressed on this the 28th day of June, 2022.

LVNV Funding, LLC
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

LVNV Funding, LLC
its President or CEO
6801 S Cimarron Road STE 424-3
Las Vegas, NV 89113

LVNV Funding, LLC
55 Beattie Place Ste 110
Greenville, SC 29601

LVNV Funding, LLC
c/o Corporation Service Company Inc
641 South Lawrence Street
Montgomery, AL 36104

/s/ Michael J. Antonio, Jr.
Of Counsel