**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

IN RE:

LAWANDA M. FREEMAN,                    Case No. 22-00619-DSC13

      Debtor.

## CERTIFICATE OF SERVICE OF DISCOVERY

I hereby certify that on July 28, 2022, I served Debtor's counsel in the foregoing matter

with a copy of the following:

- *LVNV Funding, LLC's Responses to Debtor's Request for Production of Documents*
- *LVNV Funding, LLC's Responses to Debtor's Interrogatories*

by depositing a copy of the same in the United States first class mail in a properly addressed

envelope with adequate postage affixed thereon addressed to:

Michael J. Antonio, Jr.
Greystone Legal Clinic
2516 11th Avenue North
Birmingham, AL 35234

Respectfully submitted, this 28th day of July 2022.

*/s/Amanda M. Beckett*
Amanda M. Beckett (ASB-1884-N75B)
**RUBIN LUBLIN, LLC**
428 N. Lamar Blvd., Suite 107
Oxford, Mississippi 38655
(601) 398-0153 (Telephone)
(470) 508-9203 (Facsimile)
abeckett@rlselaw.com

*Attorney for LVNV Funding, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 28th day of July, 2022, served all parties in this matter with the foregoing by placing a true and correct copy of same in the United States Mail, with first-class prepaid postage affixed thereto, properly address as follows:

Michael J. Antonio, Jr.
Greystone Legal Clinic
2516 11th Avenue North
Birmingham, AL 35234

Bradford W. Caraway
Chapter 13 Standing Trustee
P.O. Box 10848
Birmingham, AL 35202

*/s/Amanda M. Beckett*
Amanda M. Beckett (ASB-1884-N75B)

2