# United States Bankruptcy Court
# Northern District of Alabama
# Southern Division

| | |
|---|---|
| In Re: Lawanda M Freeman ) | |
| SS# XXX-XX-1659 ) | |
| ) | CHAPTER 13 CASE NUMBER: |
| ) | 22-00619-DSC |
| Debtor. ) | |

## NOTICE

**COMES NOW** the above listed debtor, by and through the attorney of record, and NOTIFIES the attorneys for LVNV Funding, LLC that they are using an old address of GREYSTONE LEGAL CLINIC in their response to discovery, they should of used the address listed in the request. That address being:

Michael J. Antonio, Jr.
Greystone Legal Clinic
1004 - 50th Street North
Birmingham, AL 35212

 

/s/ MICHAEL J .ANTOIO, JR.
MICHAEL J ANTONIO, JR.
Attorney for Debtor
1004 50th Street No.
Birmingham, AL 35212
Phone: (205) 323 – 0011
(205) 591-7966

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing motion upon all parties of interest and the Chapter 13 Trustee by electronic or first class US mail postage prepaid and properly addressed on this the ___1st___ day of ___August___, 2022.

/S/MICHAEL J ANTONIO, JR.
OF COUNSEL

Amanda M Beckett, Esq.
Rubin Lublin, LLC
428 N. Lamar Blvd. Suite 107
Oxford, MS 38655